IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAUL EIDDIE LOPEZ, | § | |
| TDCJ No. #1145545, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3: 26-cv-01390-K-(BT) |
| | § | |
| COMPUTERSHARE,et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Plaintiff's complaint (Dkt. No. 3), will be **DISMISSED** by separate judgment.

**SO ORDERED.**

**Signed August 18th, 2026.**

Ed Kinkeade

ED KINKEADE
UNITED STATES DISTRICT JUDGE